

The Honorable Franklin D. Burgess
Noting Date: April 8, 2009

FILED _____ LODGED
_____ RECEIVED
APR 09 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY H. WATSON and MARK R. WATSON, wife and husband,

        Plaintiffs,

v.

AMERICAN HOME MORTGAGE ACCEPTANCE, INC., a New York Corporation; LIANA MILLER and "JOHN DOE" MILLER, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Bond No. 104574505,

        Defendants.

NO. C09-05071 FDB

ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

THIS MATTER has come before this Court upon agreed motion of Plaintiffs Kelly H. Watson and Mark R. Watson, by and through their counsel, Stephanie Bloomfield of Gordon Thomas Honeywell Malanca Peterson & Daheim, and Russell M. Aoki of Aoki Sakamoto Grant LLP, counsel for American Home Mortgage Acceptance, Inc. and as substituting counsel for Travelers Casualty and Surety Company of America, and Alexander A. Friedrich, withdrawing counsel for Travelers Casualty and Surety Company of

ORDER GRANTING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1

AOKI | SAKAMOTO | GRANT LLP
ONE CONVENTION PLACE, SUITE 1525
701 PIKE STREET
SEATTLE, WA 98101-3933
(206) 624-1900

counsel for Travelers Casualty and Surety Company of America and grants the substitution of Russell M. Aoki and Aoki Sakamoto Grant LLP as its counsel.

DATED this 9 day of April, 2009, at Tacoma, Washington.

_for_ Judge Franklin D. Burgess

Presented by:

s/ Stephanie Bloomfield
Stephanie Bloomfield, WSBA # 24251
Attorney for Plaintiffs Watson
GORDON THOMAS HONEYWELL
P.O. Box 1157
Tacoma, WA 98401-1157
Phone: (253) 620-6514
Fax: (253) 620-6565
Email: sbloomfield@gth-law.com

_____
Alexander A. Friedrich, WSBA # 6144
Withdrawing Attorney for Travelers Casualty and Surety Company of America
YUSEN & FRIEDRICH
215 N.E. 40th St. Ste. C-3
Seattle, WA 98105-6567
Phone: (206) 545-2123
Fax: (206) 545-6828
Email: Yusenandf@aol.com

s/ Russell M. Aoki
Russell M. Aoki, WSBA #15717
Substituting Attorney for Travelers Casualty and Surety Company of America
AOKI | SAKAMOTO | GRANT LLP
One Convention Place, Suite 1525
701 Pike Street
Seattle, WA 98101-3933
Phone: 206.624.1900
Fax: 206.442.4396
Email: russ@aoki-sakamoto.com

ORDER GRANTING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2